# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARQUETTE TRANSPORTATION COMPANY, LLC, AS OWNER *PRO HAC VICE* OF THE BARGE MTC 640, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 23-407-SDD-SDJ |

### ORDER APPROVING PETITIONER'S SECURITY AND *AD INTERIM* STIPULATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS

Petitioner Marquette Transportation Company, LLC ("Limitation Petitioner" or "Marquette"), as owner *pro hac vice* of the barge MTC 640 (the "Vessel"), instituted a proceeding in this Court pursuant to 46 U.S.C. §30501 et seq. and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims for exoneration from or limitation of liability on account of certain potential claims for injury, loss, cost, expense, damage, or destruction occasioned by or resulting from the Vessel's voyage commencing and ending on October 28, 2022, as more fully described in the Complaint.

Limitation Petitioner has filed an Ad Interim stipulation and approved security therefore, is all as required by the rules of this Court and the law;

NOW, THEREFORE, upon Motion of Evans Martin McLeod and Magdalini Galitou of Phelps Dunbar, LP, attorneys for the Limitation Petitioner:

1. IT IS ORDERED that the Ad Interim Stipulation, and security for the value of Petitioner's interest in the barge MTC 640 in the principal amount of $400,000.00, with interest thereon at a rate of 6% per annum from the date thereof, and filed herein, be accepted as a

1

stipulation of value for the purpose of the limitation proceeding and that it be approved as to form, quantum and security; and

2. IT IS FURTHER ORDERED that Petitioner and any claimant who may properly become a party hereto may contest the amount or value of Petitioner's interest in the aforesaid vessel, and may move the Court for due appraisal of said interest and may apply to have the amount increased or diminished, and/or move to have a surety furnish additional security, as the case may be, or the determination of the Court of the amount or value of said interest; and

3. IT IS FURTHER ORDERED that a Notice shall be issued out of and under a seal of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on the aforementioned attorneys for the Complainants a copy thereof on or before the 4th day of August 2023, or be defaulted and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, claimant shall file and serve on attorneys for Petitioner an Answer to the Complaint on or before the said date unless his claim has included an answer to the Complaint so designated, or be defaulted; and

4. IT IS FURTHER ORDERED the aforesaid Notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure and Local Admiralty Rule 64(e) once per week, for four (4) successive weeks, prior to the date fixed for the filing of claims in a newspaper of general circulation published in the Parish of East Baton Rouge, State of Louisiana, namely, the Advocate, and copies of the Notice shall also be mailed in accordance with Rule F of the Federal Rules of Civil Procedure; and

5.  IT IS FURTHER ORDERED that the commencement and/or further prosecution of any claim, action or proceeding against the Petitioner, the barge MTC 640, and/or its insurers of any of Petitioner's property with respect to any claim or action for which Petitioner seeks exoneration from or limitation of liability, including any claim or action arising out of or connected in any way with any loss, damage, death, injury, or destruction resulting from the incident described in the Complaint be, and any such claim or action is hereby stayed and restrained, and all prior orders, rulings or decrees issued in conjunction with any heretofore filed actions or claims be stayed and restrained until the hearing and determination of this proceeding; and

6.  IT IS FURTHER ORDERED that Petitioner may make service of this Order as a Restraining Order by Federal Express, through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or their respective attorneys, or alternatively, by hand delivery.

Baton Rouge, Louisiana, this 20 day of June, 2023.

*[signature]*
UNITED STATES DISTRICT JUDGE

PD.42124713.1