UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARQUETTE TRANSPORTATION COMPANY, LLC, AS OWNER *PRO HAC VICE* OF THE BARGE MTC 640, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.   23-407-SDD-SDJ |

### NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, comes Marquette Transportation Company, LLC ("Limitation Petitioner" or "Marquette") as owner *pro hac vice* of the barge MTC 640, to submit the following Notice for publication:

**IN THE MATTER OF THE COMPLAINT OF THE COMPLAINT OF MARQUETTE TRANSPORTATION COMPANY, LLC, AS OWNER *PRO HAC VICE* OF THE BARGE MTC 640, FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO.       23-CV-407-SDD-SDJ
SECTION**

Notice is given that the abovenamed Petitioner has filed a complaint, pursuant to Sections 4281-4285, and 4289 of the Title 46 of the United States Code, 46 U.S.C. §30501, *et seq.*, for exoneration from or limitation of liability for all claims for any loss, damage, or injury arising out of the alleged personal injury of George Bates on October 28, 2022, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Court House, Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, Louisiana 70801, and must serve a copy thereof on attorneys for Petitioner, Evans Martin McLeod and Magdalini Galitou with the law firm of Phelps Dunbar, LP,

365 Canal Street, Suite 200, New Orleans, LA 70130 on or before the \_\_\_4th\_\_\_ day of \_\_\_\_August_____, 2023, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Petitioner an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

Baton Rouge, Louisiana, this \_\_\_20th  day of \_\_June_____, 2023.



_____
CLERK OF COURT

**TO BE PUBLISHED IN:**
The Advocate once a week for four (4) consecutive weeks prior to the dated fixed for filing claims.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ *Evans Martin McLeod*
  Evans Martin McLeod (Bar No. 24846)
  Magdalini Galitou (Bar No. 38473)
  365 Canal Street, Suite 2000
  New Orleans, Louisiana 70130-6534
  Telephone: 504-566-1311
  Telecopier: 504-568-9130
  Email: marty.mcleod@phelps.com
     magdalini.galitou@phelps.com

ATTORNEYS FOR LIMITATION PETITIONER MARQUETTE TRANSPORTATION COMPANY, LLC