# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARQUETTE TRANSPORTATION COMPANY, LLC, AS OWNER *PRO HAC VICE* OF THE BARGE MTC 640, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 3:23-cv-00407<br><br>JUDGE SHELLY DICK<br><br>MAGISTRATE SCOTT JOHNSON |

## NOTICE AND PROOF OF PUBLICATION

NOTICE IS HEREBY GIVEN that Marquette Transportation Company, LLC ("Limitation Petitioner" or "Marquette") as owner *pro hac vice* of the barge MTC 640, have published notice of the filing of the Notice to Claimants of Complaint for Exoneration From or Limitation of Liability with the Advocate, a daily newspaper of general circulation in the City of Baton Rouge, Louisiana, and the Official Journal of the State of Louisiana, City of Baton Rouge, and Parish of East Baton Rouge. Such notice was published in said newspaper on June 24, 2023, July 1, 2023, July 8, 2023, and July 15, 2023, as reflected in the sworn Proof of Publication, attached hereto as Exhibit 1.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Evans Martin McLeod*
       Evans Martin McLeod (Bar No. 24846)
       Magdalini Galitou (Bar No. 38473)
       365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: 504-566-1311
       Telecopier: 504-568-9130
       Email: marty.mcleod@phelps.com
             magdalini.galitou@phelps.com

ATTORNEYS FOR LIMITATION PETITIONER MARQUETTE TRANSPORTATION COMPANY, LLC